FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 97-CR-00341-ABC-3 |
| Plaintiff, | ORDER OF DETENTION |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Evelyn Ann Nickelson | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absence of current information regarding

1 background, residence, employment and other bail considerations;
2 prior release violations; and the nature of the
3 alleged violation at this time
4 and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: prior criminal history and nature of alleged violation

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/17/13

*[signature]*

UNITES STATES MAGISTRATE JUDGE